

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Darrell Anthony Adell, Jr. v. The State of Texas

Appellate case number:   01-21-00439-CR

Trial court case number:  87429-CR

Trial court:                     149th District Court of Brazoria County

On April 20, 2022, appellant, Darrell Anthony Adell, Jr., filed a second motion for extension of time in which to file his appellate brief. Appellant's motion is **granted**. Appellant's brief is due June 20, 2022. No further extensions will be granted.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                      Acting individually


Date: April 26, 2022